NUMBER 13-01-049-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

THE BANKRUPTCY ESTATE OF WILLIAM B. HARRISON , Appellant,


v.


JAMES P. BELL, JR., ET AL. , Appellees.

____________________________________________________________________
On appeal from the 28th District Court

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Yanez, Rodriguez, and Dorsey (1)

Opinion Per Curiam



 Appellant, THE BANKRUPTCY ESTATE OF WILLIAM B. HARRISON , perfected an appeal from a judgment entered
by the 28th District Court of Nueces County, Texas, in cause number 99-1423-A . After this Court had rendered its
decision in this cause, the parties filed a joint motion to dismiss the appeal. In the motion, the parties state that they have
reached an agreement to settle and compromise their differences. The parties request that the appeal be dismissed and the
cause be remanded to the trial court with instructions to enter an order of dismissal with prejudice.

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Opinion delivered and filed this

the 30th day of January, 2003 .

























 

1. Retired Justice J. Bonner Dorsey assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).